Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the subject of Abstract 56124, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 8, 1953

**No. 57520.**—A. J. Van Dugteren & Sons, Inc. *v.* United States, protests 145969–K and 148239–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of figures the same in all material respects as those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

OCTOBER 5, 1953

**No. 57521.**—SUIT 4744.—Van Gelder-Fanto Corporation *v.* United States.— C. D. 1417 affirmed June 17, 1953.   C. A. D. 534.

**No. 57522.**—SUIT 4745.—E. F. Drew & Co. *v.* United States.— —C. D. 1431 affirmed June 24, 1953.   C. A. D. 536.

**No. 57523.**—SUIT 4753.—United States *v.* W. X. Huber.— —C. D. 1451 reversed June 17, 1953.   C. A. D. 531.

OCTOBER 6, 1953

**No. 57524.**—SUIT 4718.—Package Machinery Company *v.* United States.— —C. D. 1354 affirmed June 17, 1953.   C. A. D. 530.

**No. 57525.**—SUIT 4720.—Yardley & Co., Ltd., et al. *v.* United States.— —C. D. 1371 affirmed June 3, 1953.   C. A. D. 533.

**No. 57526.**—SUIT 4747.—T. W. Holt & Company *v.* United States.— —Abstract 56756 affirmed April 15, 1953.   C. A. D. 522.